UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC LEE YOUNGS,
Inmate No. 000704396,

    Plaintiff,

v.                                                                     CASE NO. 3:20cv5102-MCR-EMT

VOLUSIA COUNTY DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 25, 2020. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The clerk of court is directed to transfer this case to the United States District Court for the Middle District of Florida and close the file.

**DONE AND ORDERED** this 12th day of June 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5102-MCR-EMT